L. J. HILBURN, plaintiff in error, *vs.* GEORGE S. BLACK, defendant in error.

When the Court below rendered judgment upon a note made before June 1st, 1865, after overruling the motion to dismiss the suit for non-compliance with the Act of October, 1870, in relation to taxes :

*Held*, That the Court committed error. WARNER, J., dissenting.

Relief Act of 1870. Tax. Before Judge HOPKINS. Fulton Superior Court. October Term, 1870.

Black sued Hilburn on his four notes made prior to June, 1865. Hilburn filed no plea. But when Black proposed to take a judgment, Hilburn objected, because Black had not filed any affidavit as to payment of taxes, as required by the second section of the Relief Act of 1870, and moved to dismiss the cause. The Court overruled the motion, and gave judgment against Hilburn without such affidavit having been filed, and without proof that the taxes on the notes had been paid. This is assigned as error.

H. B. DABNEY ; A. B. CULBERSON, for plaintiff in error.

E. N. BROYLES, for defendant.

LOCHRANE, Chief Justice.

This record discloses that Black brought suit against Hilburn upon four promissory notes dated in 1856 and 1857 ; that at the trial the defendant resisted the right of the plaintiff to a judgment until he had complied with the requirements of the Act of October, 1870, in relation to making and filing his affidavit under the second section, that the taxes due thereon had been paid ; that the Court overruled the objection and rendered judgment.

Under the previous rulings of this Court, we hold the Court erred in rendering judgment under the facts in this case.

Judgment reversed.